**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| TRENT R. GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:26-cv-00158 |
| ) | |
| CITY OF FORT WAYNE POLICE ) | |
| OFFICER ROBERT GEIGER and ) | |
| FORT WAYNE ELKS LODGE #155 ) | |
| d/b/a ELKS CASINO, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## PETITION FOR REMOVAL

TO THE JUDGES FOR THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA:

The Petition of the undersigned Petitioners/Defendants respectfully shows:

1.      On February 25, 2026, Plaintiff, Trent R. Green, commenced a cause of action against Defendant, City of Fort Wayne Police Officer Robert Geiger ("Defendant Geiger"), and Fort Wayne Elks Lodge #155 d/b/a Elks Casino, before the Superior Court of Allen County, Indiana entitled *Trent R. Green v. City of Fort Wayne Police Officer Robert Geiger and Fort Wayne Elks Lodge #155 d/b/a Elks Casino* Cause No. 02D02-2602-CT-000132. According to the Chronological Case Summary maintained by the Clerk of the Allen Superior Court, the original Summons and Complaint were issued by the Allen Superior Court on February 25, 2026. Defendant, Officer Geiger, received a copy of the Summons and Complaint on February 27, 2026. On March 6, 2026, counsel for Defendant Geiger, appeared in the State Court action by counsel. On March 10, 2026, counsel for Fort Wayne Elks Lodge #155 d/b/a Elks Casino, appeared in the State Court action by counsel.    A copy of the Summons, Complaint, Appearances, Motion, Notices and Chronological Case Summary are attached hereto and are identified as Exhibit 1.

2.      The State Court Complaint includes a federal question consisting of a Fourth Amendment claim of excessive force through 42 U.S.C. § 1983. As a result, the above-described action

is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and is one which may be removed to this Court by the Petitioners/Defendants herein pursuant to the provisions of 28 U.S.C. § 1441(c), in that it is a civil action arising under the Constitution, laws, or treaties of the United States.

3. Venue is proper in the Northern District of Indiana, Fort Wayne Division pursuant to 42 U.S.C § 1391(2) in that all events giving rise to the claim occurred in Allen County, Indiana.

4. Venue is proper in the Northern District of Indiana, Fort Wayne Division pursuant to 42 U.S.C § 1391(d) in that all events giving rise to the claims alleged in the Complaint arose in the Northern District of Indiana, Fort Wayne division with its location in Allen County, Indiana. Additionally, by information and belief all parties reside in, or are domiciled in Allen County, Indiana.

5. Upon filing this Petition, Petitioner/Defendant has paid the required filing fee of $405.00.

6. Pursuant to 28 U.S.C. § 1441, the above-described action has been removed to the proper district court of the United States and division embracing the place where such action is pending.

7. This Notice of Removal is timely in accordance with 28 U.S.C. § 1446.

8. After filing this Notice of Removal, Petitioner/Defendant, will promptly serve written notice of this Notice of Removal on counsel for all parties and file the same with the Clerk of the Allen Superior Court in accordance with 28 U.S.C. § 1446(d).

9. By removing this action from the Allen Superior Court, Petitioner/Defendant does not waive any defenses available.

10. By removing this action from the Allen Superior Court, Petitioner/Defendant, does not admit any of the allegations in Plaintiff Green's Complaint.

WHEREFORE, Petitioner/Defendant, City of Fort Wayne Police Officer Robert Geiger by counsel, prays that the above action now pending against it in the Allen Superior Court be removed therefrom to this Court.

Respectfully submitted,

**KRIEG DEVAULT LLP**


*/s/ Rachel J. Guin*
Rachel J. Guin, Atty. No. 31722-02
505 East Washington Boulevard
Fort Wayne, IN 46802
Telephone: (260) 422-9454
Facsimile: (260) 422-1622
rguin@kdlegal.com
Attorney for Defendant, City of Fort Wayne Police
Officer Robert Geiger


## CERTIFICATE OF SERVICE

I certify that on March 30, 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF System and served all attorneys of record through the CM/ECF system.

I hereby certify that a true and correct copy of the foregoing document was deposited in the U.S. Mail, First Class, postage pre-paid on March 30, 2026, addressed to:

| | |
|---|---|
| Christopher C. Myers | James O'Connor, Jr. |
| MYERS & WALLACE LLP | Caleb W. Peery |
| cmyers@myers-law.com | BARRETT MCNAGNY LLP |
| | jjo@barrettlaw.com |
| | cwp@barrettlaw.com |


*/s/ Rachel J. Guin*
Rachel J. Guin

3