Filed: 2/24/2026 5:02 PM
Clerk
Allen County, Indiana
MC

| STATE OF INDIANA | ) | |
|---|---|---|
| | ) SS: | IN THE ALLEN SUPERIOR COURT |
| COUNTY OF ALLEN | ) | CAUSE NO. **02D02-2602-CT-000132** |

Allen Superior Court 2

| | |
|---|---|
| TRENT R. GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF FORT WAYNE POLICE | ) |
| OFFICER ROBERT GEIGER and | ) |
| FORT WAYNE ELKS LODGE #155 d/b/a | ) |
| ELKS CASINO, | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff alleges against the Defendants that:

1.  Trent R. Green is the Plaintiff and resides at 114 McCoy Drive, Churubusco, IN 46723.

2.  Defendant Fort Wayne City police officer Robert Geiger is sued in his individual capacity as a person who was acting under color of law and his individual capacity as a law enforcement officer for the City of Fort Wayne on May 3, 2024, while just outside the Elk's Casino at Riviera Plaza at 3323 St Joe Center Rd. Fort Wayne, IN 46835. Where upon he attacked Plaintiff, swept Plaintiff's leg, tackled Plaintiff from behind, and slammed Plaintiff's body forward onto the pavement face-first, bashing Plaintiff's head off of the concrete parking lot – all of which was excessive and unreasonable force under the circumstances in violation of Plaintiff's rights under the Fourth Amendment and 42 U.S.C § 1983.

3.  Fort Wayne Elks Lodge located at 3323 P.O. Box 80466 d/b/a Elks Casino located at 3323 St. Joe Center Rd, Fort Wayne, IN 46835, Casino a/k/a Fort Wayne Elks Lodge

–1–

Doc ID: b6b75d206deb340ca960797f4504052fd3d23c1d

#155, and the Registered Agent is Douglas W. Mckinney located at 1630 Holliston Trail, Fort Wayne, IN 46825, is named as the entity which employed Officer Geiger, and under the doctrine of *Respondeat Superior*, is liable for the actions of Officer Geiger who used excessive force against Plaintiff causing Plaintiff's serious injuries.

4. As a result of Defendant's actions, Plaintiff suffered a blood abrasion above his left eye (where there is now a visible scar), a concussion, and a fractured/broken left wrist. Plaintiff suffered physical pain, contusions, abrasions, emotional destress, mental anguish, freight, and other damages and injuries proximately caused by Defendant's use of excessive force.

5. Plaintiff was seen at the hospital and was diagnosed with a contusion of left wrist, facial abscises, fracture of scaphoid of left wrist, and head injury. At IU Health, Plaintiff was diagnosed with a Concussion/forehead abrasion, as well as a distal radius fracture (left).

6. At all times when Defendant used unlawful and excessive force against Plaintiff, Defendant acted intentionally, willfully, and wantonly, gratuitously caused pain to the Plaintiff without reason or probable cause and intentionally and reckless disregard of Plaintiff's Fourth Amendment rights used excessive and unlawful force against the Plaintiff in violation of the Fourth Amendment and 42 U.S.C § 1983.

7. Plaintiff seeks compensatory damages and punitive damages against Defendant Fort Wayne police officer Robert Geiger.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

–2–

Doc ID: b6b75d206deb340ca960797f4504052fd3d23c1d

## VERIFICATION

I, Trent R. Green, swear and affirm under the penalties for perjury that the above and foregoing representations are true and correct based upon my personal knowledge.

02 / 23 / 2026

Date

Trent R. Green

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

MYERS & WALLACE, LLP

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:    (260) 424-0600
Facsimile:    (260) 424-0712
E-mail:        cmyers@myers-law.com
*Counsel for Plaintiff*

—3—

Doc ID: b6b75d206deb340ca960797f4504052fd3d23c1d